Michelle D. BROWN, Petitioner-Appellant

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee

No. 17-60284
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed September 26, 2017

Kevin Stuart Wiley, Jr., Wiley Law Group, P.L.L.C., Dallas, TX, for Petitioner-Appellant

Curtis Clarence Pett, Esq., Bruce Raleigh Ellisen, David A. Hubbert, William M. Paul, U.S. Department of Justice, Tax Division, Appellate Section, Washington, DC, for Respondent-Appellee

Before REAVLEY, PRADO, and GRAVES, Circuit Judges.

PER CURIAM: \*

There has been no legal error in the final order of the Tax Court. Petitioner's claim of fraud upon the court has no justification. Even if Petitioner sees a problem with the mistake of the deficiency listing, no fraud even can change the jurisdiction

of the court. *See Smith v. Booth*, 823 F.2d 94 (5th Cir. 1987).

AFFIRMED.